PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: Antwan Dwayne Rogers                Case Number: A-11-CR-085(01)-LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: September 6, 2011

Original Offense: Count 1: Possession with Intent to Distribute More than 500 grams of Cocaine, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B); Count 2: Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i); and Count 3: Felon in Possession of a Firearm, in violation of 18 U.S.C. § 924(g)(1).

Original Sentence: Sentenced to one-hundred twenty (120) months' custody on counts one and three, and sixty (60) months' custody on count two to run consecutive with counts one and three, for a total of one-hundred and eighty (180) months' custody to the Bureau of Prisons, followed by five (5) years of supervised release on counts one and two and three (3) years of supervised release on count three to be served concurrently for a total of 5 years of supervised release. Special conditions include: substance abuse treatment, workforce development, financial disclosure, obtain GED, no gang associations, and $300 special assessment fee (satisfied).

Type of Supervision: Supervised Release        Date Supervision Commenced: October 14, 2022

Assistant U.S. Attorney: Douglas Gardner        Defense Attorney: Stephen M. Orr (retained)

## PREVIOUS COURT ACTION

On September 3, 2015, an Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was filed reducing the sentence on counts one and three to 100 months' custody.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or paraphernalia related to any controlled substances, except as prescribed by a physician."

Antwan Dwayne Rogers
Report on Offender Under Supervision
Page 2

**Violation of Special Condition:** The defendant shall submit to an evaluation for substance abuse or dependency treatment as directed by the probation officer, and if deemed necessary by the probation officer, the defendant shall participate in a program approved by the probation officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing and examination to determine if the defendant has reverted to the use of drugs or alcohol. During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant may be required to contribute to the costs of services rendered(copayment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

**Nature of Non-compliance:** On December 14, 2022, the defendant submitted to a random drug test and tested positive for amphetamines. On January 19, 2023, he submitted to a random drug test that resulted in a positive reading for alcohol. The defendant is currently in cognitive based class, and was admonished for making a poor decision for the above noted usages.

**U.S. Probation Officer Action:** The defendant was given a verbal reprimand for using amphetamines and drinking alcohol while in treatment. The defendant accepted responsibility and stated he will use the skills taught in class to counter his triggers. It is respectfully recommended that no action be taken at this time to allow the defendant to continue his classes. Should there be any further violations, the Court will be notified immediately.

    Respectfully submitted,

    Nickalous D. Wisner
    United States Probation Officer
    Date: 1/26/2023

Approved:

Hector J. Garcia, Supervising
United States Probation Officer

Antwan Dwayne Rogers
Report on Offender Under Supervision
Page 3

---

**THE COURT ORDERS:**

[X]  No Action

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date:  January 27, 2023